# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Mahoney | ) Case No. |
| | ) 25-8183-PGL |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 28, 2025  in the county of  United States  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Interstate Threats |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

*Timothy D. Brown /by Paul G. Levenson*
*Complainant's signature*

Timothy Brown, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/01/2025

*Judge's signature*

City and state: Boston, Massachusetts     Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*