# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** _____    **Investigating Agency** Federal Bureau of Investigation

**City** Dennis, MA

**County** Barnstable

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 25-8183-PGL
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-8184-PGL, 25-8185-PGL, 25-8191-PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Michael Mahoney    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1963    SSN (last 4#): _____    Sex: M    Race: White    Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Nadine Pellegrini    Bar Number if applicable: 545606

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/1/2025    Signature of AUSA: /s/ Nadine Pellegrini

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Michael Mahoney

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C.§ 875(c) | Interstate Threats | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**