**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
UNITED STATES OF AMERICA      )
                              )
         VS.                  )    DOCKET NO. 25-CR-10238-1
                              )
MICHAEL MAHONEY,              )
_____Defendant_____)
```

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Now comes the Defendant, Michael Mahoney and moves to be authorized to file the Sentencing Memorandum, with Exhibits, under seal.

As grounds for this Motion, Defendant states that Memorandum and Exhibits contain psychological evaluations and personal and health information.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | The Defendant, by his attorney |
|  |  |
|  | /s/ Edward P. Ryan, Jr. |
| Dated:  October 21, 2025 | Edward P. Ryan, Jr., Esquire |
|  | O'Connor and Ryan, P.C. |
|  | 80 Erdman Way, Suite 309 |
|  | Leominster, MA 01453 |
|  | 978-534-1301 |
|  | BBO # 434960 |