UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )
)
 vs. ) Case No. 25-CR-10238-DJC
)
MICHAEL MAHONEY, )
              DEFENDANT )
_____)

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant's counsel and moves that this Court continue the Sentencing Hearing scheduled for December 3, 2025.

As grounds for this Motion, the undersigned states that additional time is needed to prepare the Sentencing Memorandum which is necessary for sentencing in this case.

Accordingly, the undersigned requests a continuance to January 14, 2026 at 10:30 a.m.

Further, the undersigned has conferred with the Government about this motion and the Government, through its attorney, Jared Dolan, has no objection to the motion.

|  |  |
|---|---|
|  | Respectfully submitted |
|  | The Defendant, by his attorney |
|  |  |
|  | /s/ Edward P. Ryan, Jr._____ |
| Dated: December 1, 2025 | Edward P. Ryan, Jr., Esq. – BBO#434960 |
|  | O'Connor and Ryan, P.C. |
|  | 80 Erdman Way, Suite 309 |
|  | Leominster, MA 01453 |
|  | 978-534-1301 |

CERTIFICATE OF SERVICE

    I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

    /s/ Edward P. Ryan, Jr.
    Edward P. Ryan, Jr.